## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 11th day of May, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the individual listed below in the manner indicated.

**VIA FIRST CLASS AND ELECTRONIC MAIL**

J. Wade Holt, Esq.
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
wholt@jw.com

_____
Mary E. Augustine, Esq. (No. 4477)

587411v1